```
                                United States Bankruptcy Court
                                Eastern District of Pennsylvania
In re:                                                                  Case No. 14-18913-mdc
Joseph T. Mischler, Jr.
Joseph T. Mischler, Jr.                                                 Chapter 13
       Debtors                         CERTIFICATE OF NOTICE
District/off: 0313-2          User: PaulP                  Page 1 of 2                  Date Rcvd: Aug 05, 2016
                              Form ID: pdf900              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2016.
db             +Joseph T. Mischler, Jr.,   854 Fairfax Road,    Drexel HIll, PA 19026-1612
db             +Joseph T. Mischler, Jr.,   MAILING ADDRESS,   327 Kenmore Road,    Havertown, PA 19083-3903
13419902       +AQUA,   762 Lancaster Avenue,    Bryn Mawr, PA 19010-3489
13419903      #+CAP ONE,   PO BOX 5253,    CAROL STREAM, IL 60197-5253
13419904       +CAP1/KAWAS,   PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
13419905       +CAP1/YMAHA,   PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
13419909       +CHASE,   PO BOX 15298,    WILMINGTON, DE 19850-5298
13419906       +Capital 1 Bank,    ATTN: GENERAL CORRESPONDENCE,     PO BOX 30285,
                 SALT LAKE CITY, UT 84130-0285
13419908       +Casimer M. Wolanin, DMD,    1210 Darby Road,    Havertown, PA 19083-3603
13497535       +Cavalry SPVI LLC assignee Capital One Bank USA, NA,     Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13419910       +Citibank/The Home Depot,    ATTN: BANKRUPTCY,    PO BOX 790328,    SAINT LOUIS, MO 63179-0328
13419911       +Citizens Bank,   PO Box 7000,    ROP-450,   Providence, RI 02940-7000
13419912       +Comcast,   11400 Northeast Avenue,    Philadelphia, PA 19116-3498
13419913        Delaware County,    Treasurer of Delaware Couty,     PO Box 1886,    Media, PA 19063-8886
13419914       +Eastern Account System INC.,    ATTN: BANKRUPTCY DEPT.,    PO BOX 837,    NEWTOWN, CT 06470-0837
13419915       +FRANKLIN MINT FCU IL,   1974 SPROUL RD STE 300,     BROOMALL, PA 19008-3490
13419919       +Leonard Gesualdo,   30 Maple Avenue,    Upper Darby, PA 19082-1903
13419923        PHFA, Attn: Mr. Joseph L. Gouker,    211 N. Front Street,    PO Box 15057,
                 Harrisburg, PA 17105-5057
13419925       +SUN EAST FEDERAL CR UN,    4500 PENNELL RD,   ASTON, PA 19014-1862
13627440       +U.S. Bank National Association, ET AL,    c/o PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, Pennsylvania 17101-1406
13419927       +Upper Darby Township,    100 Garrett Road,   Upper Darby, PA 19082-3135
13419928        Verizon HQ-Phone,   PO Box 28000,    Lehigh Valley, PA 18002-8000
13419929       +Verizon Wireless Bankruptcy Admin,    PO Box 3397,    Bloomington, IL 61702-3397
13419930        Verizon-HQ Internet,    PO Box 920041,   Dallas, TX 75392-0047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 06 2016 01:27:02      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2016 01:26:41
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 06 2016 01:26:52      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13419901       +E-mail/Text: servicing@afcfirst.com Aug 06 2016 01:27:09      AFC First,    1005 Brookside Road,
                 P.O. Box 3558,   Allentown, PA 18106-0558
13419907       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 06 2016 01:29:14
                 Capital One Auto Finance,   3905 N DALLAS PKWY,    PLANO, TX 75093-7892
13580689       +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Aug 06 2016 01:26:25
                 Christian A. DiCicco, Esq.,   Law Offices of Christian A. DiCicco,     2008 Chestnut Street,
                 Philadelphia, PA 19103-4535
13475644       +E-mail/Text: joep@fmfcu.org Aug 06 2016 01:26:32      Franklin Mint Federal Credit Union,
                 1974 Sproul Road, Suite 300,   Broomall, PA 19008-3402
13419916       +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 06 2016 01:27:08      Harley Davidson Financial,
                 ATTENTION: BANKRUPTCY,   PO BOX 22048,    CARSON CITY, NV 89721-2048
13419917       +E-mail/Text: bankruptcy@icsystem.com Aug 06 2016 01:27:08      IC System, Inc,
                 444 Highway 96 East,   PO Box 64437,   Saint Paul, MN 55164-0437
13419918       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 06 2016 01:26:26      KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,   MENOMONEE FALLS, WI 53051-7096
13419920       +E-mail/Text: blegal@phfa.org Aug 06 2016 01:26:47      PA HOUSING FINANCE AGENCY,    PO BOX 8029,
                 HARRISBURG, PA 17105-8029
13419921       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 06 2016 01:26:30      PECO,
                 2301 Market Street, N3-1,   Philadelphia, PA 19103-1380
13419922        E-mail/Text: blegal@phfa.org Aug 06 2016 01:26:47      Pennsylvania Housing Finance Agency,
                 PO Box 15057,   Harrisburg, PA 17105-5057
13419924       +E-mail/Text: bankruptcy@bbandt.com Aug 06 2016 01:26:31      Sheffield Fn,
                 BB&T/ATTN: BANKRUPTCY DEPARTMENT,   PO BOX 1847,    WILSON, NC 27894-1847
13419926        E-mail/Text: tidewaterlegalebn@twcs.com Aug 06 2016 01:26:27      TIDEWATER MOTOR CREDIT,
                 6520 INDIAN RIVER RD,   VIRGINIA BEACH, VA 23464
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2           User: PaulP                Page 2 of 2                  Date Rcvd: Aug 05, 2016
                               Form ID: pdf900            Total Noticed: 39
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Joseph T. Mischler, Jr.
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com
              JEFFREY  KURTZMAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               Kurtzman@kurtzmansteady.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               lhaller@pkh.com, dmaurer@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH T. MISCHLER, JR.                    Chapter 13

                    Debtor         Bankruptcy No. 14-18913-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___4th___ day of ___August___, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CHRISTIAN A DICICCO
2008 CHESTNUT ST

PHILADELPHIA, PA 19103


Debtor:
JOSEPH T. MISCHLER, JR.

327 KENMORE ROAD

HAVERTOWN, PA 19083